UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| MILTON CHRISTOS MAKRIS, ) | CASE NO. 4:20-CV-02245-DCN |
| ) | |
| Plaintiff, ) | JUDGE DONALD C. NUGENT |
| ) | |
| v. ) | |
| ) | |
| COMMISSIONER OF SOCIAL, ) | |
| SECURITY ) | ORDER ADOPTING REPORT |
| ) | AND RECOMMENDATION |
| Defendant. ) | |
| ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge Darrel A. Clay. (ECF #36). Plaintiff, Milton Christos Makris challenges the final decision of the Commissioner of Social Security Administration denying his application for Disability Insurance Benefits ("DIB") under Title II of the Social Security Act, 42 U.S.C. § 423. Pursuant to Local Rule 72.2(b), the case was referred to Magistrate Judge Clay for a Report and Recommendation.

On December 27, 2021, Magistrate Judge Darrell A. Clay issued a Report and Recommendation finding that the Commissioner's decision denying DIB was supported by substantial evidence and recommended that the Commissioner's decision be AFFIRMED and any other motions that remain pending in this case to be DENIED. (ECF #36). Mr. Makris filed an objection to the Report and Recommendation reiterating points made in his motion for reconsideration. (ECF #36). The Commissioner filed a Response stating her belief that the Magistrate Judge applied the pertinent law and found the ALJ's decision is supported by substantial evidence in the record. (ECF #42).

The Court has reviewed de novo those portions of the Magistrate Judge's Report and Recommendation to which objection has been made. *See* FED. R. CIV. P. 72(b). Magistrate Judge Clay has correctly addressed all objections properly before the Court. Accordingly, Plaintiff's Objections are overruled.

The Court has carefully reviewed the Report and Recommendation and agrees with the findings set forth therein. The Report and Recommendation of Magistrate Judge Clay (ECF #36) is ADOPTED. The decision of the Commissioner denying Petitioner's application for Disability Insurance Benefits is AFFIRMED.

IT IS SO ORDERED.

_____
Donald C. Nugent
United States District Judge

DATED: January 20, 2022